# UNITED STATES DISTRICT COURT

District of Massachusetts

Thomas Bufforge
v.
Prudential Insurance Company
and
Getronics Wang Co., LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03   12355 RCL**

TO: (Name and address of Defendant)

Prudential Insurance Company
751 Broad Street
Newark, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

11-21-03
DATE



AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR TRIAL BY JURY |
| EFFECTED (1) BY ME: | KOSTANTIN IROUCHAKIS |
| TITLE: | PROCESS SERVER    DATE: 04/06/2004  12:00PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

PRUDENTAIL INSURANCE COMPANY

Place where served:

751 BROAD STREET   NEWARK NJ 071##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CHRIS GUILLEN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.___    SERVICES $ ____.___    TOTAL $ 49.55

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF KOSTANTIN IROUCHAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 04/06/2004  12:00PM

| | |
|---|---|
| ATTORNEY: | MITCHELL J. NOTIS, ESQ. |
| PLAINTIFF: | THOMAS BUFFONGE |
| DEFENDANT: | PRUDENTAIL INSURANCE COMPANY ET AL |
| VENUE: | DISTRICT COURT OF MASSACHSETTS |
| DOCKET: | 03-12355-RCL |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.