UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BUFFONGE,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

And

GETRONICS WANG CO, LLC,
Defendants

Civil Action No.: 03-12355-RCL

## GETRONICSWANG CO., LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, GetronicsWang Co., LLC submits the following as its Corporate Disclosure Statement:

1. GetronicsWang CO., LLC is a wholly owned subsidiary of a foreign entity.

2. GetronicsWang Co. LLC is a subsidiary of Getronics NV which is a Dutch company and whose stock is not traded in the United States.

3. Getronics NV stock is solely traded on the Euronext Amsterdam.

4. Further, GetronicsWang Co. LLC is a Limited Liability Company and, therefore, has membership interest and no issued stock.

GETRONICSWANG CO., LLC,
By Its Attorneys,

William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496

25256.1

>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER, LLP
>155 Federal Street
>Boston, MA 02110
>(617) 422-5300

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document upon all other counsel of record, as set forth below, by first-class mail, postage prepaid, on April 26, 2004.

>Mitchell Jay Notis Esq.
>Annenberg & Levine, LLC
>370 Washington Street
>Brookline, MA 02446

_____
Carey L. Bertrand

25256.1