UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BUFFONGE,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

And

GETRONICS WANG CO, LLC,
Defendants

Civil Action No.: 03-12355-RCL

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.

2. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.

3. Prudential Financial, Inc., is the parent company of Prudential.

25257.1

4. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned company owned by Prudential Financial, Inc.

THE PRUDENTIAL INSURANCE
COMPANY of AMERICA,
By Its Attorneys,

*[signature]*

William J. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document upon all other counsel of record, as set forth below, by first-class mail, postage prepaid, on April 26, 2004.

Mitchell Jay Notis Esq.
Annenberg & Levine, LLC
370 Washington Street
Brookline, MA 02446

*[signature]*
Carey L. Bertrand

25257.1