UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12355-RCL

)
THOMAS BUFFONGE            )
  Plaintiff             )
                           )
Vs.                        )
                           )
PRUDENTIAL INSURANCE       )
  COMPANY              )
And                        )
GETRONICS WANG CO., LLC    )
  Defendants            )
                           )

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO MOTION TO STRIKE JURY CLAIM

    Plaintiff, through counsel, hereby states that he does not oppose the motion filed by Defendants to strike the jury trial claim in this action. Plaintiff also states that had Counsel for Defendants conferred with Counsel for Plaintiff prior to the filing of the motion to strike jury claim, as is required by Local Rule 7.1(A)(2), the filing of the motion to strike would not have been necessary.

Respectfully submitted,

THOMAS BUFFONGE
By his attorney,
MITCHELL J. NOTIS

MITCHELL J. NOTIS
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that I served a copy of the foregoing document upon counsel for all other parties to this action by 1st Class Mail, this 7th day of May, 2004.

_____
Mitchell J. Notis