UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BUFFONGE,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

And

GETRONICS WANG CO, LLC,
Defendants

Civil Action No.:  03-12355-RCL

## DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE UNDERSIGNED PRUDENTIAL INSURANCE COMPANY OF AMERICA REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Len Giusti, Esq.
Director, Litigation
Prudential Insurance Company of America
 290 W. Mt. Pleasant Avenue
Livingston, NJ 07039

By Its Attorneys,

William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-53290

1

25385.1

CERTIFICATE OF SERVICE

I certify that I have served the foregoing document upon all other counsel of record, as set forth below, by first-class mail, postage prepaid, on May 25 , 2004.

Mitchell Jay Notis Esq.
Annenberg & Levine, LLC
370 Washington Street
Brookline, MA 02446

Carey L. Bertrand

2

25385.1