UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BUFFONGE,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

And

GETRONICS WANG CO, LLC,
Defendants

Civil Action No.: 03-12355-RCL

## DEFENDANT'S, GETRNOICS WANG CO., LLC, LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR GETRONICSWANG CO., LLC AND THE UNDERSIGNED GETRONICSWANG CO., LLC REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
GETRONICSWANG CO., LLC,

_____
Martha C. Stanek
Associate General Counsel

By Its Attorneys,

_____
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

1

25386.1