UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12355-NMG

|  |  |
|---|---|
| THOMAS BUFFONGE<br>    Plaintiff<br><br>Vs.<br><br>PRUDENTIAL INSURANCE<br>  COMPANY<br>And<br>GETRONICS WANG CO., LLC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S STATEMENT REGARDIING THE ADMINISTRATIVE RECORD

In accordance with this Court's Order of June 3, 2004, Plaintiff, through counsel, states that the administrative record in this case served on Plaintiff by Defendant on June 28, 2004, is in order.

Thomas Buffonge
By his attorney,
MITCHELL J. NOTIS

MITCHELL J. NOTIS
LAW OFFICE OF MITCHELL J. NOTIS
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that I served a copy of the foregoing document upon counsel for all other parties to this action by first class mail, postage prepaid, this 26th day of August, 2004.

Mitchell J. Notis