UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 28  P 1:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THOMAS BUFFONGE,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA<br><br>And<br><br>GETRONICS WANG CO, LLC,<br>Defendants | Civil Action No.: 03-12355-RCL |

## RECORD FOR JUDICIAL REVIEW

Pursuant to the Plaintiff's Statement Regarding the Administrative Record and Defendants' agreement with said statement, the parties submit the record for judicial review. The plaintiff Thomas Buffonge and the defendants The Prudential Insurance Company of America ("Prudential") and Getronics Wang Co. LLC, ("Getronics") have agreed that the enclosed documents are properly part of and are to be included in the administrative record in this long-term disability benefits action governed by the Employee Retirement Income Security Act (ERISA) of 1974, 29 U.S.C. 1001 *et seq*. Those documents are listed as Exhibits 1 through 134 below.

    A    **Contract Documents**

EXHIBIT 1    Agreement between The Prudential Insurance Company of America and Wang Laboratories, Inc. for Group Contract Number GW-22690 dated 7/1/93 (TB 1 – TB 45)

EXHIBIT 2    Long-term Disability Insurance Plan, As in Effect as of January 1, 1994 (TB 46 – TB 52)

26663.1

EXHIBIT 3    Wang Benefits Information Guide, May 1995 (TB 53 – TB 95)

EXHIBIT 4    Wang Benefits Information Guide, 1995-1997 Update (TB 96 – TB 116)

EXHIBIT 5    Wang Flexible Benefits Program, May 1997 (TB 117 – TB 135)

      B.    **Claims Correspondence**

EXHIBIT 6    Fax to Lynn Olson, Pru Disability, from Linda M. Daly, Wang, re: Social Security Administration; Supplemental Security Income dated 6/4/96 (TB 136 – TB 138

EXHIBIT 7    Fax Cover Sheet to Candace from Anna Swan re: Medical Release Authorization for Thomas Buffonge dated 7/12/96 (TB 139)

EXHIBIT 8    Typed Note to Anna Swan re: Thomas Buffonge's Medical Record Request dated 7/15/96 (TB 140 – TB 141)

EXHIBIT 9    Letter to Thomas Buffonge from Anna Swan re: status on his LTD claim dated 7/31/96 (TB 142)

EXHIBIT 10    Fax to Kyra Leary from Anna Swan re: signed medical authorization dated 8/5/96 (TB 143 – TB 144)

EXHIBIT 11    Letter to Linda Daly from Anna Swan re: disallowing his claim for LTD benefits dated 9/20/96 (TB 145 – TB 146)

EXHIBIT 12    Letter to Thomas Buffonge from Anna Swan re: disallowing his claim for LTD benefits dated 9/20/96 (TB 147 – TB 148)

EXHIBIT 13    Letter to Linda Gasowski from Thomas Buffonge re: appealing denial for LTD benefits dated 11/14/96 (TB 149)

EXHIBIT 14    Letter to Linda Daly from Linda Gasowski re: Buffonge is not eligible for LTD benefits b/c he has not satisfied Elimination Period dated 11/26/96 (TB 150 – TB 151)

EXHIBIT 15    Letter to Thomas Buffonge from Linda Gasowski re: informing Buffonge that he is not eligible for LTD benefits after appeal dated 11/26/96 (TB 152 – TB 153)

EXHIBIT 16    Letter to Chris Longo from Thomas Buffonge re: appealing denial of LTD benefits dated 2/10/97 (TB 154)

EXHIBIT 17    Letter to David Duhme from Nancy Halligan re: request for reconsideration of the dissallowal of his LTD benefits dated 2/18/97 (TB 155)

26663.1

EXHIBIT 18   Letter to Thomas Buffonge from Nancy Halligan re: submit medical documentation dated 4/3/97 (TB 156)

EXHIBIT 19   Letter to Nancy Halligan from Benjamin W. Corey re: earliest information could be sent is 4/21/97 dated 4/11/97 (TB 157)

EXHIBIT 20   Letter to Nancy Halligan from Joseph Sommer re: disability letters from orthopedic enclosed dated 4/23/97   (TB 158)

EXHIBIT 21   Fax Cover Sheet to Dr. Jacques from Nancy Halligan re: request for additional information in follow-up to April 9, 1997 narrative dated 5/7/97 (TB 159)

EXHIBIT 22   Fax Cover Sheet and Attachment to Nancy Halligan from Amy DelMar re: job description dated 5/15/97 (TB 160 – TB 161)

EXHIBIT 23   Letter to Amy DelMar from Nancy Halligan re: Physical Job Requirements dated 5/15/97 (TB 162 – TB 163)

EXHIBIT 24   Fax Cover Sheet and Attachment to Nancy Halligan from Amy DelMar re: Thomas Buffonges Physical Job Requirements dated 5/16/97 (TB 164 – TB 166)

EXHIBIT 25   Letter to Nancy Halligan from Joseph Sommer re: supplemental disability letter from orthopedic specialist dated 5/16/97 (TB 167)

EXHIBIT 26   Letter to Linda Daly from Chris Longo re: upholding decision to disallow claim for LTD benefits dated 6/9/97 (TB 168 – TB 169)

EXHIBIT 27   Letter to Benjamin Corey from Chris Longo re: upholding decision to disallow claim for LTD benefits dated 6/9/97 (TB 170 – TB 171)

EXHIBIT 28   Letter to Chris Longo from Joseph Sommer re: disability letters from Dr. Jacques dated 7/25/97 (TB 172)

EXHIBIT 29   Letter to Joseph Sommer from Amy Anjos re: review of claim dated 9/3/97 (TB 173 – TB 174)

EXHIBIT 30   Letter and Attachment to Chris Longo from Joseph Sommer re: report from doctor indicating total disability dated 9/9/97 (TB 175 – TB 177)

EXHIBIT 31   Letter to Chris Longo from Joseph Sommer re: information regarding social security benefits dated 9/16/97 (TB 178 – TB 179)

EXHIBIT 32   Fax Cover Sheet and Attachment to Lynn Scheider from Kyra Leary re: Agreement for Redeeming Liability by Lump Sum Settlement Uner GL CH 152 dated 10/8/97 (TB 180 – 184)

EXHIBIT 33   Letter to Dr. Rutchik from Lynn Schneider re: acceptance to review file dated

26663.1

            10/17/97 (TB 185 – TB 186)

EXHIBIT 34  Letter to Lynn Schneider from Jonathan Rutchik re: pertinent point from a review of medical records provided on the Buffonge case dated 10/31/97 (TB 187 – 191)

EXHIBIT 35  Fax Cover Sheet and Draft Copy Attached to Lynn Schneider from Jonathan S. Rutchik re: pertinent point from a review of medical records provided on the Buffonge case dated 11/4/97 (TB 192 – TB 197)

EXHIBIT 36  Invoice for Consulting Services of Jonathan S. Rutchik, MD dated 11/20/97 (TB 198 – TB 199)

EXHIBIT 37  Letter to Paula M. Cravott from Dan Dougherty re: Appeals Committee determined that Buffonge is not eligible to receive benefits dated 11/25/97 (TB 200 – TB 201)

EXHIBIT 38  Letter to Joseph Sommer from Dan Dougherty re: Appeals Committee determined that Buffonge is not eligible to receive benefits dated 11/25/97 (TB 202 – TB 203)

EXHIBIT 39  Invoice to Prudential from Occupational Health & Rehabilitation dated 11/26/97 (TB 204)

      **C.**    **Medical Records**

EXHIBIT 40  University Health Services, Harvard University, Physical Exam dated 7/6/93 (TB 205 – TB 208)

EXHIBIT 41  Harvard University Health Services, Record of Ambulatory Visit dated 7/6/93 (TB 209 – TB210)

EXHIBIT 42  Harvard University Health Services, Ancillary Services Report dated 7/6/93 (TB 211)

EXHIBIT 43  Harvard University Health Services, Record of Ambulatory Visit dated 7/6/93 (TB 212)

EXHIBIT 44  Harvard University Health Services, Record of Ambulatory Visit dated 7/6/93 (TB 213 – TB 214)

EXHIBIT 45  Harvard University Health Services, Record of Ambulatory Visit dated 7/6/93 (TB 215 – TB 216)

EXHIBIT 46  Harvard University Health Services, Radiology Department dated 7/7/93 (TB 217)

26663.1

EXHIBIT 47    Harvard University Health Services, Telephone Consultation dated 7/7/93 (TB 218)

EXHIBIT 48    Harvard University Health Services, Follow-up Exam dated 7/12/93 (TB 219 – TB 221)

EXHIBIT 49    Harvard University Health Services, Physical Examination dated 7/12/93 (TB 222 – TB 224)

EXHIBIT 50    Harvard University Health Services, Record of Ambulatory Visit dated 7/21/93 (TB 225 – TB 227)

EXHIBIT 51    Unidentified Monitoring Graph dated 7/21/93 (TB 228 – TB 229)

EXHIBIT 52    Harvard University Health Services, Radiology Department dated 7/26/93 (TB 230)

EXHIBIT 53    Harvard University Health Services, Record of Ambulatory Visit dated 7/26/93 (TB 231 – TB 232)

EXHIBIT 54    Typed note from Wendell Pierce, MD re: Symptoms, Impression, and Disposition dated 7/28/93 & 8/4/93 (TB 233 – TB 234)

EXHIBIT 55    Harvard University Health Services, Physical Therapy Department, Treatment Plan dated 7/28/93 (TB 235)

EXHIBIT 56    Harvard University Health Services, Clinic Notes dated 7/27/93 (TB 236)

EXHIBIT 57    Shields Health Care – MRI Network, MRI Findings dated 7/30/93 and Typed Noted from James Bayley dated 8/12/93 (TB 237 – TB 238)

EXHIBIT 58    Harvard University Health Services, Orthopedic Clinic Notes dated 8/4/93 (TB 239)

EXHIBIT 59    Harvard University Health Services, Physical Therapy Department, Patient Evaluation dated 8/10/93 (TB 240 – TB 243)

EXHIBIT 60    Typed Note from James Bayley re: recommendation to cont. w/physical therapy dated 8/12/93 (TB 244)

EXHIBIT 61    Harvard University Health Services, Telephone Consultation dated 8/13/93 (TB 245)

EXHIBIT 62    Letter to Todd Ward from David W. Duhme, MD re: Short term disability dated 8/18/93 (TB 246)

26663.1

EXHIBIT 63   Harvard University Health Services Worksheet dated 9/2/93 (TB 247)

EXHIBIT 64   Harvard University Health Services Follow-up notes dated 9/7/93 (TB 248)

EXHIBIT 65   Harvard University Health Services Orthopedic clinic notes dated 9/9/93 (TB 249)

EXHIBIT 66   Harvard University Health Services Follow-up notes dated 10/5/93 (TB 250- TB 251)

EXHIBIT 67   Harvard University Health Services, Orthopedic Clinic Notes dated 10/7/93 (TB 252)

EXHIBIT 68   Harvard University Health Services, Follow-up notes dated 11/5/93 (TB 253)

EXHIBIT 69   Harvard University Health Services, typed note from David Duhme, MD re: Buffonge's progress dated 11/5/93 (TB 254)

EXHIBIT 70   Harvard University Health Services, worksheet dated 11/5/93 (TB 255)

EXHIBIT 71   Harvard University Health Services, Follow-up clinic notes dated 12/7/93 (TB 256 – TB 257)

EXHIBIT 72   Khalsa Chiropractic, letter to Dr. Bayley from Hair Khalsa re: plans for treatment dated 4/6/94 (TB 258 – TB 259)

EXHIBIT 73   Harvard University Health Services, Clinic Notes dated 6/14/94 (TB 260 – TB 261)

EXHIBIT 74   Harvard University Health Services, Radiology Department re: Upper Gastrointestinal Series dated 6/22/94 (TB 262 - TB 263)

EXHIBIT 75   Harvard University Health Services, Follow-up report dated 7/14/94 (TB 264)

EXHIBIT 76   Harvard University Health Services, Clinic Note dated 8/3/94 (TB 265 – TB 266)

EXHIBIT 77   Unidentified Monitoring Graph dated 8/4/94 (TB 267 – TB 268)

EXHIBIT 78   Harvard University Health Service, Follow-up Clinic Notes dated 8/11/94 (TB 269)

EXHIBIT 79   Letter to James Bayley, MD from Stephen Lipson, MS dated 8/29/94 (TB 270 – TB 272)

EXHIBIT 80   Follow-up Clinic Notes dated 9/6/94 (TB 273 – TB 274)

26663.1

EXHIBIT 81   Harvard University Health Services, Ancillary Services Report dated 9/6/94 (TB 275)

EXHIBIT 82   Follow-up Clinic Notes dated 12/5/94 (TB 276 – TB 277)

EXHIBIT 83   Harvard University Health Services, Ancillary Services Report dated 12/5/94 (TB 278)

EXHIBIT 84   Follow-up Clinic Notes dated 10/6/95 (TB 279 – TB 282)

EXHIBIT 85   Clinic Notes, Dermatology dated 10/23/95 (TB 283 – TB 284)

EXHIBIT 86   Harvard University Health Service, New Illness/New Injury Visit dated 10/20/95 (TB 285 – TB 286)

EXHIBIT 87   Unidentified Monitoring Graph dated 10/20/95 (TB 287 – TB 288)

EXHIBIT 88   Khalsa Chiropractic, PC, letter to David Duhme from Sat S. Khalsa re: treatment services dated 10/30/95 (TB 289)

EXHIBIT 89   Harvard University Health Service, Clinic Note dated 11/9/95 (TB 290 – TB 291)

EXHIBIT 90   Follow-up Clinic Notes dated 12/1/95 (TB 292 – TB 295)

EXHIBIT 91   Harvard University Health Services, Ancillary Services Report dated 12/7/95 (TB 296 – TB 297)

EXHIBIT 92   Typed Noted from Frederick Mansfield re: exam report dated 1/18/96 (TB 298)

EXHIBIT 93   Harvard University Health Services, Physical Therapy Department, Discharge Summary dated 2/5/96 (TB 299)

EXHIBIT 94   Harvard University Health Services, Clinic Notes dated 2/15/96 (TB 300 – TB 301)

EXHIBIT 95   Harvard University Health Services, Ancillary Services Report dated 3/6/96 (TB 302)

EXHIBIT 96   Typed Note dated 4/16/96 (TB 303)

EXHIBIT 97   University Health Services Harvard University, Physical Examination dated 4/12/96 (TB 304)

EXHIBIT 98   The Prudential, Attending Physician's Statement dated 5/16/96 (TB 305 – TB 308)

26663.1

EXHIBIT 99 Typed Note dated 5/16/96 (TB 309)

EXHIBIT 100 Harvard University Health Services, Ancillary Services Report dated 5/16/96 (TB 310)

EXHIBIT 101 Typed Note dated 6/19/96 (TB 311 – TB 312)

EXHIBIT 102 Harvard University Health Services, letter to Thomas Buffonge from David Duhme re: three more months of leave dated 6/19/96 (TB 313)

EXHIBIT 103 Consultation report dated 7/23/96 (TB 314 – TB 315)

EXHIBIT 104 Harvard University Health Service, Consultation Report dated 7/23/96 (TB 316)

EXHIBIT 105 Shields Health Care- MRI Network, Medical Report dated 7/29/96 (TB 317 – TB 318)

EXHIBIT 106 Harvard University Health Service, Consultation Report dated 7/30/96 (TB 319)

EXHIBIT 107 Typed Note re: Medical Evaluation dated 8/2/96 (TB 320)

### D. Miscellaneous

EXHIBIT 108 Typed Note from James Bayley, MD re: Thomas Buffonge's status dated 11/29/93 (TB 321 – TB 322)

EXHIBIT 109 Letter to Erin Moran from James E. O'Neil, MD re: evaluation of injuries dated 1/18/94 (TB 323 – TB 328)

EXHIBIT 110 Typed Note from David W. Duhme, MD re: Thomas Buffonge's status dated 7/20/94 (TB 329)

EXHIBIT 111 Typed Note from James Bayley, MD re: Thomas Buffonge's status dated 8/20/94 (TB 330)

EXHIBIT 112 Letter from Wendy Bitter to Department of Industrial Accidents re: enclosed find Form 110 Employee's Claim dated 9/15/94 (TB 331)

EXHIBIT 113 Letter to Mark Killdeer from James E. O'Neil, MD re: Thomas Buffonge's status dated 11/15/94 (TB 332 – TB 338)

EXHIBIT 114 Letter to Vallerie Blanchard from Frederick Ayers re: examination of Thomas Buffonge dated 3/31/96 (TB 339 – TB 344)

EXHIBIT 115 Letter to Mark Kelleher from John F. Duff, MD re: examination of Thomas Buffonge dated 9/5/95 (TB 345 – TB 350)

26663.1

EXHIBIT 116 Typed Note from David W. Duhme, MD re: Thomas Buffonge's status dated 11/9/95 (TB 351)

EXHIBIT 117 Typed Note from David W. Duhme, MD re: Thomas Buffonge's status dated 12/1/95 (TB 352)

EXHIBIT 118 Typed Note from David W. Duhme, MD re: Thomas Buffonge's status dated 12/18/95 (TB 353)

EXHIBIT 119 Typed Note from Michael A. Carty, MD re: Thomas Buffonge's status dated 1/29/96 (TB 354)

EXHIBIT 120 Instructions for Filing a Claim for Disability Benefits dated 6/10/96 (TB 355 – TB 356)

EXHIBIT 121 SOAP Note dated 6/10/96 – 6/17/96 (TB 357 – TB 358)

EXHIBIT 122 Order of Payment Section 35 signed by William F. Long dated 6/20/96 (TB 359- TB 360)

EXHIBIT 123 Letter to Kyra Leary from William L. Kermond, MD re: examination of Thomas Buffonge dated 6/27/96 (TB 361 – TB 367)

EXHIBIT 124 SOAP Note dated 7/16/96-2/18/97 (TB 368 – TB 383)

EXHIBIT 125 Letter from Emilio Jacques, MD re: examination of Thomas Buffonge dated 3/18/97 (TB 384)

EXHIBIT 126 SOAP Note 4/3/97 (TB 385)

EXHIBIT 127 Typed Note from Emilio Jacques re: totally disabled dated 4/9/97 (TB 386)

EXHIBIT 128 Typed Note from Emilio Jacques re: examination dated 4/9/97 (TB 387 – TB 388)

EXHIBIT 129 SOAP Note dated 4/11/97-5/27/97 (TB 389 – TB 392)

EXHIBIT 130 Typed Note from Emilio Jacques, MD re: examination dated 6/11/97 (TB 393 – TB 394)

EXHIBIT 131 Typed Note from Emilio Jacques, MD re: examination dated 7/9/97 (TB 395 – TB 396)

EXHIBIT 132 Letter to Ben Corey from David Duhme, MD re: permanent disability dated 7/16/97 (TB 397)

26663.1

EXHIBIT 133 SOAP Note dated 8/6/97-11/12/97 (TB 398 – TB 412)

EXHIBIT 134 Telephone Call Log dated 12/10/03 (TB 413 – TB 425)

| THOMAS BUFFONGE, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and GETRONICSWANG CO., LLC, |
|---|---|
| By His Attorney, | By Its Attorneys, |
| *Mitchell J. Notis* e/ permission | *Carey L. B___* |
| Mitchell J. Notis, BBO# 374360 | William T. Bogaert, BBO#546321 |
| LAW OFFICE OF MITCHELL J. NOTIS | Carey L. Bertrand, BBO#650496 |
| 370 Washington St. | WILSON, ELSER, MOSKOWITZ |
| Brookline, MA 02445 | EDELMAN & DICKER, LLP |
| (617)566-2700 | 155 Federal Street |
| | Boston, MA 02110 |
| | (617) 422-5300 |

26663.1