UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 25  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 03-12355-NMG

| | |
|---|---|
| THOMAS BUFFONGE )<br>   Plaintiff )<br> )<br>Vs. )<br> )<br>PRUDENTIAL INSURANCE )<br>   COMPANY )<br>And )<br>GETRONICS WANG CO., LLC )<br>   Defendants )<br>_____ ) | |

PLAINTIFF'S ASSENTED TO MOTION FOR 30 DAY EXTENSION OF TIME IN
WHICH TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND/OR FILE CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Thomas Buffonge, through counsel, hereby respectfully requests that he be allowed an extension of time of thirty days, up to and including December 3, 2004, in which to oppose Defendants' Motion for Summary Judgment, and/or to file a cross motion for summary judgment in this action. Counsel for Defendants has authorized counsel for Plaintiff to state that Defendants assent to this motion.

As grounds for this motion, Plaintiff states as follows:

1. This is an action in which Plaintiff claims he was improperly denied long term disability benefits, and contests that denial under the Employee Retirement Income Security Act.
2. Pursuant to the scheduling order established in this action by Judge Lindsey, Defendants were to file any motion for summary judgment by October 20, 2004, and Plaintiff was to file an opposition and any cross motion at the time that the opposition was filed. Defendants have timely filed their motion for summary judgment.
3. Due to the complexity of the administrative record in this action, as well as the trial schedule of counsel for Plaintiff during the month of November, counsel for Plaintiff requests an additional period of time of thirty days, up to and including December 3, 2004, in which to oppose Defendants' motion for summary judgment and/or to file a cross motion for summary judgment in this action.

4. Counsel for Defendants has authorized counsel for Plaintiff to state that Defendants assent to this motion.

For all of the foregoing reasons, it is respectfully requested that this motion be granted.

Thomas Buffonge
By his attorney,

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360


ASSENTED TO:
Prudential Insurance Company
Getronics Wang Co., LLC
By their attorneys,

_____
William T. Bogaert
BBO#546321
Carey L. Bertrand
BBO#650496
Wilson, Elser, Moskowitz, Edelman,
 & Dicker, LLP
155 Federal Street
Boston, MA 02110
617-422-5300

## CERTIFICATE OF SERVICE

I, Mitchell Jay Notis, hereby certify that I served a copy of the foregoing document upon counsel for all other parties to this action by first class mail, this 25 day of Oct, 2004.

_____
Mitchell Jay Notis