UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12355-NMG

| | |
|---|---|
| THOMAS BUFFONGE<br>   Plaintiff | )<br>)<br>) |
| Vs. | )<br>) |
| PRUDENTIAL INSURANCE<br>   COMPANY<br>And<br>GETRONICS WANG CO., LLC<br>   Defendants | )<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

     Plaintiff Thomas Buffonge hereby file this notice of appeal from the Order entered on February 22, 2005 in this action granting Defendants' Motion for Summary Judgment and Dismissing this case. This appeal is taken to the United States Court of Appeals for the First Circuit.

                      Thomas Buffonge
                      By his attorney,
                      MITCHELL J. NOTIS

                      _____
                      MITCHELL J. NOTIS
                      Law Office of Mitchell J. Notis
                      370 Washington Street
                      Brookline, Massachusetts 02445
                      617-566-2700
                      BBO# 374360

CERTIFICATE OF SERVICE

I, Mitchell Jay Notis, hereby certify that I served a copy of the foregoing Notice of Appeal upon counsel for all other parties to this action by first class mail, postage prepaid, this ___ day of _____, 2005.

_____
Mitchell J. Notis