UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1416

USDC Docket Number : 03-cv-12355

Thomas Buffonge

v.

The Prudential Insurance Company of America, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 19 & exhibits 1-134 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 1, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9-2-05 .

*[signature]*
Deputy Clerk, US Court of Appeals