1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BUFFONGE,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA , and GETRONICS WANG CO, LLC,<br>Defendants | Civil Action No.: 03-12355-NMG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

Respectfully submitted,

| THOMAS BUFFONGE, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and GETRONICS WANG CO., LLC, |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/Mitchell Notis | /s/ Carey Bertrand |
| Mitchell Notis, BBO# 374360 | William T. Bogaert, BBO#546321 |
| 370 Washington Street, | Carey Bertrand, BBO #650496 |
| Brookline, MA 02445 | WILSON, ELSER, MOSKOWITZ, |
| (617)566-2700 | EDELMAN & DICKER LLP |
| | 155 Federal Street |
| | Boston, MA 02110 |
| | (617)422-5300 |

Dated: November 15, 2005

47621.1